IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO PEREZ-HERNANDEZ,

    Defendant.

CR No. 18-3752 KG
Civ. No. 21-0497 KG/KBM

-and-

CR No. 18-4018 KG
Civ. No. 21-0498 KG/KBM

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Karen B. Molzen's Proposed Findings and Recommended Disposition (PFRD), filed May 13, 2022. (Civ. No. 21-0497 Doc. 11).[1] In the PFRD, Judge Molzen recommended that the Court deny Mr. Perez-Hernandez's Motions for Habeas Corpus Pursuant to 28 U.S.C. § 2255 (Civ. No. 21-0497 Doc. 1; Civ. No. 21-0498 Doc. 1) and his Motion for Judgment Not Withstanding the Verdict (Civ. No. 21-0498 Doc. 7), and dismiss the civil cases with prejudice. (Civ. No. 21-0497 Doc. 11).

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed. *Id.* at 26. Mr. Perez-Hernandez requested and was granted additional time to file objections. Objections were then due on June 27, 2022. (Civ. No. 21-0497 Doc. 13; Civ. No. 21-0498 Doc. 12). No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Molzen is therefore adopted by this Court.

---

[1] The PFRD was also filed in Civ. No. 21-0498 and in the related criminal cases.

IT IS THEREFORE ORDERED that Mr. Perez-Hernandez's Motions for Habeas Corpus Pursuant to 28 U.S.C. § 2255 (Civ. No. 21-0497 Doc. 1; Civ. No. 21-0498 Doc. 1) are denied; his Motion for Judgment Not Withstanding the Verdict (Civ. No. 21-0498 Doc. 7) is denied; and the civil cases are dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE